UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ABDUL HOWARD,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 2:12-cv-01613-MMD-PAL<br><br>ORDER |

The petitioner, who is not in custody, presented the Court with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an application to proceed *in forma pauperis*. The petition was dismissed because the Court lacks jurisdiction to hear a habeas petition pursuant to 28 U.S.C. § 2254 when it was filed after the petitioner had been released from custody. (Dkt. no. 2.) Reconsideration of the dismissal was denied. (Dkt. no. 7.) Petitioner filed an appeal. (Dkt. no. 8.)

The Court must now decide whether to issue a certificate of appealability. In order to proceed with an appeal from this Court, petitioner must receive a certificate of appealability. 28 U.S.C. § 2253(c)(1). Generally, a petitioner must make "a substantial showing of the denial of a constitutional right" to warrant a certificate of appealability. *Id.* The Supreme Court has held that a petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

The Supreme Court further illuminated the standard for issuance of a certificate of appealability in *Miller-El v. Cockrell*, 537 U.S. 322 (2003). The Court stated in that case:

> We do not require petitioner to prove, before the issuance of a COA, that some jurists would grant the petition for habeas corpus. Indeed, a claim can be debatable even though every jurist of reason might agree, after the COA has been granted and the case has received full consideration, that petitioner will not prevail. As we stated in *Slack*, "[w]here a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."

*Id.* at 1040 (*quoting Slack*, 529 U.S. at 484).

The Court has considered the issues raised by petitioner, with respect to whether they satisfy the standard for issuance of a certificate of appealability, and the Court determines that none meet that standard. Moreover, the Court has also considered the procedural posture of the case and the basis for the dismissal and determines that jurists of reason would not find the dismissal debatable. Accordingly, the Court will deny petitioner a certificate of appealability.

It is therefore ordered that petitioner is denied a certificate of appealability.

DATED THIS 1st day of October 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE